UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

KENNETH ROSHAUN REID,

   Petitioner,

v.

WARDEN G. KIZZIAH, Warden

   Respondent.

Civil Action No. 7:18-016-KKC

**JUDGMENT**

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. Kenneth Roshaun Reid's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 [R. 1] is **DENIED**.

2. Judgment is entered in favor of the Respondent with respect to all issues raised in this proceeding.

3. This action is **DISMISSED** and **STRICKEN** from the Court's docket.

4. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated June 29, 2018.



KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY